# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

140961

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

EDDIE BURT WAGLE,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.

SC: 140961
COA: 295112
Lapeer CC: 09-041631-AH

_____/

      On order of the Court, the application for leave to appeal the March 31, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

Clerk

s0621